IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| JOE B. BUTLER, JR.<br>REG. #14225-076 | PETITIONER |
| V.    NO. 2:08cv00157 SWW | |
| T.C. OUTLAW, Warden,<br>FCI, Forrest City, AR | RESPONDENT |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, this 28 U.S.C. § 2241 petition for writ of habeas corpus (doc. 1) is hereby denied, without prejudice. Petitioner's motion for default judgment (doc. 7) is denied. His motion for writ of mandamus (doc. 8) does not seek relief from this Court and, instead, appears to be a copy of a motion he filed asking the Eighth Circuit Court of Appeals to compel this Court to hold an evidentiary hearing and issue a ruling or, alternatively, for the Court of Appeals to rule in his favor and order his release. To the extent the motion seeks any relief from this Court, it is denied.

IT IS SO ORDERED this 3rd day of March, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE